ACCEPTED
03-14-00698-CV
3600209
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 11:20:52 AM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00698-CV**

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 11:20:52 AM
JEFFREY D. KYLE
Clerk

_____

SHAMARK SMITH LIMITED PARTNERSHIP, ET AL.,

Appellants,

v.

MARTIN LONGORIA,

Appellee.

_____

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

_____

On Appeal from the 20th Judicial District Court of Milam County, Texas

_____

Tracy J. Willi
Texas State Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3204
Fax (512) 677-2010
twilli@willi.com

ATTORNEY FOR SHAMARK SMITH
LIMITED PARTNERSHIP, SHARON D.
MARCUS, AND PAUL J. SMITH

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

Shamark Smith Limited Partnership, Sharon D. Marcus, and Paul J. Smith file this First Unopposed Motion for Extension of Time to File Appellants' Brief.

The trial court in this case entered its judgment on August 15, 2014. The Appellants' Brief is due to be filed on January 5, 2015.

Due to the intervening holidays and the fact that Appellants' counsel has a prepaid vacation scheduled, there will not be sufficient time to complete the Appellants' Brief. Appellants request an extension of thirty days to file the Appellants' Brief.

Therefore, Appellants request the deadline for Appellants' Brief to be extended for thirty days from January 5, 2015 to **February 4, 2015**. This motion is filed not for delay but so that justice can be done.

Respectfully submitted,


/s/ Tracy J. Willi
Tracy J. Willi
Texas State Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3204
Fax (512) 677-2010
twilli@willi.com

ATTORNEY FOR SHAMARK SMITH
LIMITED PARTNERSHIP, SHARON D.
MARCUS, AND PAUL J. SMITH


## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel, James David Walker, and he is not opposed to this motion.

/s/ Tracy J. Willi
Tracy J. Willi

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that this document was filed with Clerk of Court through the Court's electronic filing system ("efs") and served on all counsel of record by email on December 29, 2014, as follows:

James David Walker
P.O. Box 41
Milano, Texas 76556
(512) 636-9520
(512) 455-7992 (fax)
walker@2appeal.com

ATTORNEY FOR MARTIN M. LONGORIA

/s/ Tracy J. Willi
Tracy J. Willi